UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED: **5/4/16**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

Eduardo Morales

v.                                              Civil No. 4:16-cv-00224-RC

National Credit Adjusters, LLC

### CLERK'S ENTRY OF DEFAULT

On this 04 day of May, 20 16, it appearing from the affidavit(s) in support of default of Michael S. Agruss, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:

National Credit Adjusters, LLC

DAVID A. O'Toole, CLERK

By: *Christine Friedlander*
Deputy Clerk

p:\DFLT.ord